IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Mercier Cardan-Christ (I AM ISRAEL) Walker-Welch-Rothschild, Plaintiff

v.

Sarah Rockefeller Corporation,

Arapahoe County Corporation,

Parole for the state of Colorado Corporation,

CU-Family medicine Landmark Corporation, Defendant(s).
See attached

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mercier Cardan Christ-ISRAEL-Walter-Welch-Rothschild-Doc#197651-Arapahoe County
(Name, prisoner identification number, and complete mailing address)

Detention Facility Po Box 4918 Centennial, CO 80155-4918.  N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) _____

B.   **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Sarah Rockefeller - Public defender Supervisor (Attorney At Law)
(Name, job title, and complete mailing address)

13356 E Briarwood Avenue Centennial, CO 80112

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes  _X_ No (*check one*). Briefly explain:

Sarah Rockefeller Knowing that MY Medical letter had been illegally Viewed, Still proceeded to use it against my Natural Person while being my legal Counsel and motioned the Court stating i'm incompetent which is fundamentally flawed.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 2: <u>Arapahoe County, Corporation, Arapahoe County</u>
(Name, job title, and complete mailing address)
<u>Justice center 7325 S potomac st Centennial, CO 80112</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (check one). Briefly explain:

<u>This County is fully aware that I was incarcerated at the Alleged timeframe of this crime but has opted to not dismiss this case and is trying to find me incompetent, and has placed me in extreme danger while at this facility.</u>

Defendant 2 is being sued in his/her ___ individual and/or _X_ official capacity.

Defendant 3: <u>Parole, Corporation, 940 Broadway Street</u>
(Name, job title, and complete mailing address)
<u>Denver, CO 80203</u>

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _X_ No (check one). Briefly explain:

<u>Parole being fully aware of The Federal Courts Proceedings on my behalf and that while my state Convictions are being challenged that Placing A Parole hold per failing to register is fundamentally flawed and a way to allow the state to continue to place me in extreme danger.</u>

Defendant 3 is being sued in his/her ___ individual and/or _X_ official capacity.

C. **JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_✓_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Cruel & Unusual Punishment

Supporting facts: I without just cause have been placed in Maximum Security per classification. I have no violent charges in my History, and I'm here for a misdemeanor failure to register. Classification knowing that this kind of charge and while being unlawful highers the chances of me being physically assualted or killed, this being extremely concerning, disheartening, and psycologically torture, and unjust. I on 3 seperate occasions kited classifications continuing to state this is cruel & unusual punishment, and state I have no violent offenses and that I just came from Adams County in which I was in medium classifications. Classifications repeatedly ignoring my blatant cry for help and stating that I'm staying in Max. Well I kited 3 grievances reiterating this as well as speaking of the blatant danger there placing me in. I also stated that it was strange that while I'm half African & I am a Hebrew Jew them intentionally housing me with 2-11 Nazi's was putting me in harms way and the 2 individuals from Florida being last name Wood & Timmerman stated that I need to house elsewhere and that Arapahoe County were trying to get me hurt & them in a wreck. Then the NX cell didn't work then I was instructed to go into cell 16 being the cell they wanted me in all along, for where I would end up unless the Nazi's hurt me. Well in Cell 16 an individual by the name Crazy continued to insist that he was Satan and kept chanting everyone else is dead to me and that I should give up & committ suicide, this lasting for over a week, than he was removed. The Next individual by the name Dallas Moore who was a muslim facing 400 years whom Deputy Hall brought in the cell even though me the individual already in the room Rodney Sidner

Additional paper attached

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Welch vs The Attorney General of the state of Colorado

Docket number and court: 24-03371 United States District Court

Claims raised: Illegal sentence, cruel & unusual punishment, Subject matter & personal jurisdiction, Ineffective assistance of counsel

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Pending

Reasons for dismissal, if dismissed: N/A

Result on appeal, if appealed: N/A

Additional paper attached

## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I am requesting that all parties stop committing fraud against my natural person, against my country. I'm completely aware of everything that's transpiring, I am competent I am the one laying claim to the stocks, bonds, certificates, securities all in my minor account. I am at the Age of Majority, I am over the Age of 18. THE Sovereign Lord has entrusted to me all Deeds to ISRAEL on behalf of my Heavenly father I am the possesor. I am the beneficiary of my fathers will. My Will is my fathers will. I am A Ashkenazi & sephardic Jew By Blood. I am ISRAEL. I am the Legal Heir to the throne of DAVID. The Throne of DAVID in England must be seized and relocated to ISRAEL. I Am A Rothschild and I'm Next in Line to be the possesor of ISRAEL on behalf of the Most High Living God Hashem. I am Here to rectify what took place in the Garden of Eden. I am a Hebrew ISRAELite. I'm a Descendant from the tribe of Judah, I come from the Line of DAVID. The Son of God. I am an Anunnaki. I AM

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____  I AM ISRAEL
(Plaintiff's signature)

6-27-2025
(Date)

(Form Revised December 2017)

6