Mercier Weich   ID# 1410115
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4918

Clerk of Courts
United States District Court
901 19th Street - Room A105
Denver, CO 80294

